UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BMO HARRIS BANK, N.A.,

    Plaintiff,

vs.

REEL TYME MARKETING SERVICES,
INC., and BIG ELK FUNDING, LLC,

    Defendants.

Case No. 6:18-cv-972-ORL-22-LRH

_____/

**AGREED MOTION FOR ENTRY OF FINAL JUDGMENT
AND ORDER OF FORECLOSURE PURSUANT TO SETTLEMENT AGREEEMENT
(DISPOSITIVE MOTION)**

The plaintiff, **BMO HARRIS BANK, N.A. ("BMO")**, by and through its undersigned counsel, pursuant to the written Settlement Agreement executed by the parties, files this Agreed Motion for Final Judgment and Order of Foreclosure Pursuant to Written Settlement Agreement, and states:

**CERTIFICATE UNDER LOCAL RULE 3.01(g)**

Pursuant to Local Rule 3.01(g), the undersigned certified that all parties have agreed to the relief requested herein.

**MOTION**

1.    BMO Commenced this lawsuit on the following counts: (I) Promissory Note and, (II) Mortgage Foreclosure. [Doc. No. 6]. As set forth in the Amended Complaint, Reel Tyme Marketing Services, Inc. ("Reel Tyme") is the borrower and the owner of the subject,

1

commercial real estate. Big Elk Funding, LLC, was named as a party defendant because it has a recorded, subordinate mortgage against the subject real estate.

2. On March 5, 2019, the parties executed a Settlement Agreement, a copy of which is attached hereto as Exhibit A. Pursuant to the Settlement Agreement, the parties stipulated to the immediate entry of a Final Judgment and Order of Foreclosure in the amount $1,279,101.59, plus interest accruing at the rate of $710.62 per day from the date of the judgment. The foreclosure sale will take place no sooner than July 22, 2019, and pursuant to the Settlement Agreement, the borrower has an option to pay a lesser amount on or before July 19, 2019.

3. The parties stipulated to the entry of the Final Judgment and Order of Foreclosure in the form attached hereto as Exhibit B or in a form to be prepared by the Court.

WHEREFORE, BMO requests this Court to enter a Final Judgment and Order of Foreclosure consistent with the parties' Settlement Agreement.

/s/ Jason A. Rosenthal
Jason A. Rosenthal, Trial Counsel
Florida Bar No. 0009482
**The Rosenthal Law Firm, P.A.**
4767 New Broad Street
Orlando, FL 32814
jrosenthal@therosenthallaw.com
service@therosenthallaw.com
Phone 407.488.1220
Fax 407.488.1228
Attorneys for BMO

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was electronically filed via the Florida E-Portal on March 6, 2019, and a copy was sent electronically to Justin Luna and Harley J. Storrings.

/s/ Jason A. Rosenthal
Jason A. Rosenthal, Trial Counsel